In the Matter of the Accounting of MORTON ROSENBERG et al., as Executors of and Trustees under the Will of [CHARLES ROSENBERG, Deceased, Appellants.

FRED MAYER et al., Respondents.

(Argued March 23, 1931; decided March 31, 1931.)

*Harrison B. Weil* for motion.

*Henry A. Blumenthal* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.